ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 OCT 19   AM 11: 34

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

TELESFORO AVILES

NO.

3-20CR0506-X

## INFORMATION

The United States Attorney charges:

### Count One
Fraud and related activity in connection with computers
(Violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(ii))

Between in or around November 2015, to in or around March 2020, within the

Northern District of Texas and elsewhere, the defendant, Telesforo Aviles, intentionally

accessed a protected computer without authorization, and thereby obtained information

from a protected computer, and the offense was committed in furtherance of a criminal

act to wit: Texas State Penal Code 21.15, in violation of the laws of the State of Texas.

In violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(ii).

Information—Page 1

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

Sid P. Mody
Assistant United States Attorney
Texas State Bar No. 24072791
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8792
Email: Siddharth.mody@usdoj.gov